[No. 24441-1-II. Division Two. July 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. C.G., *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 98-8-00225-1, Toni A. Sheldon, J., entered February 23, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Houghton, JJ.

[No. 24386-5-II. Division Two. July 21, 2000.]

RUDY RICHARDSON, *Appellant*, v. MARION FREDERICKS, *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 98-2-00201-7, William E. Howard, J., and Thomas Majhan, J. Pro Tem., entered February 3, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, J., and Draper, J. Pro Tem.

[No. 24036-0-II. Division Two. July 21, 2000.]

DENNIS ORVOLD, ET AL., *Individually and as Guardians, Appellants*, v. THE CITY OF TACOMA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-08034-4, Thomas Felnagle, J., entered October 23, 1998. *Affirmed* by unpublished opinion per Tabor, J. Pro Tem., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 44688-6-I. Division One. July 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE ANTHONY LUNA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-1-01219-9, David A. Nichols, J., entered February 23, 1999. *Affirmed* by unpublished per curiam opinion.